| | |
|---|---|
| DISTRICT COURT, PITKIN COUNTY, STATE OF COLORADO<br>Address:        506 E. Main Street, Suite E<br>             Aspen, Colorado 81611<br>             (970) 925-7635 | DATE FILED: May 5, 2017 5:19 PM<br>FILING ID: 7D8FE1DCF50CD<br>CASE NUMBER: 2017CV30041 |
| **Plaintiffs:** UTE MESA LOT 1, LLC, a Colorado limited liability company; UTE MESA LOT 2, LLC, a Colorado limited liability company; UTE MESA 1011, LLC, a Colorado limited liability company; 999 UTE AVENUE, LLC, a Colorado limited liability company; 1001 UTE AVENUE HOMEOWNERS ASSOCIATION, a Colorado corporation; and LEATHEM STERN, an individual<br><br>**v.**<br><br>**Defendants:** PAUL J.A. VAN HESSEN, an individual; and UTE HOLDINGS, LLC, a Colorado limited liability company. | ▲ COURT USE ONLY ▲<br>_____<br><br>Case Number:<br><br>Div.: |
| *Attorneys for Plaintiffs*<br>Richard B. Podoll, Atty. Reg. #8775<br>Robert A. Kitsmiller, Atty. Reg. #16927<br>PODOLL & PODOLL, P.C.<br>5619 DTC Parkway, Suite 1100<br>Greenwood Village, Colorado 80111<br>Telephone: (303) 861-4000<br>Facsimile: (303) 861-4004 | |
| **DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT** | |

1. **This cover sheet shall be filed with each pleading containing an initial claim for relief in every district court civil (CV) case, and shall be served on all parties along with the pleading.** It shall not be filed in Domestic Relations (DR), Probate (PR), Water (CW), Juvenile (JA, JR, JD, JV), or Mental Health (MH) cases. Failure to file this cover sheet is not a jurisdictional defect in the pleading but may result in a clerk's show cause order requiring its filing.

2. **Check one of the following:**

    ☐ This case is governed by C.R.C.P. 16.1 because:

    - The case is not a class action, domestic relations case, juvenile case, mental health case, probate case, water law case, forcible entry and detainer, C.R.C.P. 106, C.R.C.P. 120, or other similar expedited proceeding; *AND*

- A monetary judgment over $100,000 is not sought by any party against any other single party.  This amount includes attorney fees, penalties, and punitive damages; it excludes interest and costs, as well as the value of any equitable relief sought.

☑ This case is not governed by C.R.C.P. 16.1 because (check ALL boxes that apply):

☐ The case is a class action, domestic relations case, juvenile case, mental health case, probate case, water law case, forcible entry and detainer, C.R.C.P. 106, C.R.C.P. 120, or other similar expedited proceeding.

☑ A monetary judgment over $100,000 is sought by any party against any other single party.  This amount includes attorney fees, penalties, and punitive damages; it excludes interest and costs, as well as the value of any equitable relief sought.

☐ Another party has previously indicated in a Case Cover Sheet that the simplified procedure under C.R.C.P. 16.1 does not apply to the case.

*NOTE: In any case to which C.R.C.P. 16.1 does not apply, the parties may elect to use the simplified procedure by separately filing a Stipulation to be governed by the rule within 49 days of the at-issue date.  See C.R.C.P. 16.1(e).  In any case to which C.R.C.P. 16.1 applies, the parties may opt out of the rule by separately filing a Notice to Elect Exclusion (JDF 602) within 35 days of the at-issue date.  See C.R.C.P. 16.1(d).*

☐ A Stipulation or Notice with respect to C.R.C.P. 16.1 has been separately filed with the Court, indicating:

☐ C.R.C.P. 16.1 applies to this case.

☐ C.R.C.P. 16.1 does not apply to this case.

**3.** ☑ This party makes a Jury Demand at this time and pays the requisite fee.  *See* C.R.C.P. 38. (Checking this box is optional.)

Date:  May 5, 2017                          By:      *s/Richard B. Podoll*
                                                     Richard B. Podoll, Reg. No. 8775
                                                     PODOLL & PODOLL, P.C.
                                                     5619 DTC Parkway, Suite 1100
                                                     Greenwood Village, CO 80111
                                                     Telephone: (303) 861-4000
                                                     Facsimile: (303) 861-4004
                                                     Email: rich@podoll.net
                                                     ***Attorneys for Plaintiffs***