IN THE DISTRICT COURT
PITKIN COUNTY
STATE OF COLORADO

BOND NO. CO 100092

DATE FILED: June 29, 2017
CASE NUMBER: 2017CV30041

Case No. 17 CV 30041

UTE MESA LOT 1, LLC, a Colorado limited
liability company; and LEATHEM STEARN, an individual;
UTE MESA LOT 2, LLC, a Colorado limited liability
company; UTE MESA 1011, LLC, a Colorado limited
liability company; 999 UTE AVENUE, LLC, a Colorado
limited liability company; 1011 UTE AVENUE
HOMEOWNERS ASSOCIATION, a Colorado corporation

    Plaintiff

v.

PAUL J.A. VAN HESSEN, an individual:
and UTE HOLDINGS, LLC, a Colorado limited liability
company.

## RECEIVER'S UNDERTAKING

    Defendants

WHEREAS, the above-named plaintiff has commenced an action in the District Court, sitting, with and for the County of Pitkin, of the State of Colorado aforesaid, against the above-named defendants, wherein Cordes and Company, Inc., is to act as Receiver, has been appointed as Receiver for the Collateral and Additional Collateral.

NOW, THEREFORE, THE MERCHANT BONDING COMPANY, in consideration of the premises, do hereby undertake and promise to the People of the State of Colorado in the sum of Two-Hundred and Fifty Thousand Dollars ($250,000) that the said Cordes and Company Inc., is to act as Receiver will faithfully discharge the duties of Receiver in the said action, and that it will pay over all Collateral and Additional Collateral which may come into its hands as such Receiver, as the Court or Judge thereof may direct, and obey the orders of the Court therein.

Dated this 29th Day of June, 2017

THE MERCHANT BONDING COMPANY

By _____
Ann M. Pasque, Attorney-In-Fact

(91610-1) ED. 1-83

CAT. 566705
PRINTED IN U.S.A.



# MERCHANTS BONDING COMPANY
## POWER OF ATTORNEY

Know All Persons By These Presents, that the MERCHANTS BONDING COMPANY (MUTUAL), a corporation duly organized under the laws of the State of Iowa, and having its principal office in the City of Des Moines, County of Polk, State of Iowa, hath made, constituted and appointed, and does by these presents make, constitute and appoint

**Ann M. Pasque**

of **Denver** and State of **Colorado** its true and lawful Attorney-in-Fact, with full power and authority hereby conferred in its name, place and stead, to sign, execute, acknowledge and deliver in its behalf as surety any and all bonds, undertakings, recognizances or other written obligations in the nature thereof, subject to the limitation that any such instrument shall not exceed the amount of:

**TWO MILLION ($2,000,000.00) DOLLARS**

and to bind the MERCHANTS BONDING COMPANY (MUTUAL) thereby as fully and to the same extent as if such bond or undertaking was signed by the duly authorized officers of the MERCHANTS BONDING COMPANY (MUTUAL), and all the acts of said Attorney-in-Fact, pursuant to the authority herein given, are hereby ratified and confirmed.

This Power-of-Attorney is made and executed pursuant to and by authority of the following Amended Substituted and Restated By-Laws adopted by the Board of Directors of the MERCHANTS BONDING COMPANY (MUTUAL) on November 16, 2002.

ARTICLE II, SECTION 6 - The Chairman of the Board or President or any Vice President or Secretary shall have power and authority to appoint Attorneys-in-Fact, and to authorize them to execute on behalf of the Company, and attach the Seal of the Company thereto, bonds and undertakings, recognizances, contracts of indemnity and other writings obligatory in the nature thereof.

ARTICLE II, SECTION 9 - The signature of any authorized officer and the Seal of the Company may be affixed by facsimile to any Power of Attorney or Certification thereof authorizing the execution and delivery of any bond, undertaking, recognizance, or other suretyship obligations of the Company, and such signature and seal when so used shall have the same force and effect as though manually fixed.

In Witness Whereof, MERCHANTS BONDING COMPANY (MUTUAL) has caused these presents to be signed by its President and its corporate seal to be hereto affixed, this 27th day of June, 2011.

MERCHANTS BONDING COMPANY (MUTUAL)

By *Larry Taylor*
President

**STATE OF IOWA**
**COUNTY OF POLK ss.**

On this 27th day of June, 2011, before me appeared Larry Taylor, to me personally known, who being by me duly sworn did say that he is President of the MERCHANTS BONDING COMPANY (MUTUAL), the corporation described in the foregoing instrument, and that the Seal affixed to the said instrument is the Corporate Seal of the said Corporation and that the said instrument was signed and sealed in behalf of said Corporation by authority of its Board of Directors.

In Testimony Whereof, I have hereunto set my hand and affixed my Official Seal at the City of Des Moines, Iowa, the day and year first above written.

CINDY SMYTH
Commission Number 173504
My Commission Expires
March 16, 2012

*Cindy Smyth*
Notary Public, Polk County, Iowa

**STATE OF IOWA**
**COUNTY OF POLK ss.**

I, William Warner, Jr., Secretary of the MERCHANTS BONDING COMPANY (MUTUAL), do hereby certify that the above and foregoing is a true and correct copy of the POWER-OF-ATTORNEY executed by said MERCHANTS BONDING COMPANY (MUTUAL), which is still in full force and effect and has not been amended or revoked.

In Witness Whereof, I have hereunto set my hand and affixed the seal of the Company on this 29 day of June 2017

*William Warner Jr.*
Secretary

POA 0001 (1/09)