DATE FILED: July 6, 2017 9:38 AM
FILING ID: 45338F2B90FFC
CASE NUMBER: 2017CV30041

| | |
|---|---|
| DISTRICT COURT, PITKIN COUNTY, STATE OF COLORADO<br>Address:     506 E. Main Street, Suite E<br>              Aspen, Colorado 81611<br>              (970) 925-7635 | |
| **Plaintiffs:** UTE MESA LOT 1, LLC, a Colorado limited liability company; and LEATHEM STERN, an individual; UTE MESA LOT 2, LLC, a Colorado limited liability company; UTE MESA 1011, LLC, a Colorado limited liability company; 999 UTE AVENUE, LLC, a Colorado limited liability company; 1001 UTE AVENUE HOMEOWNERS ASSOCIATION, a Colorado corporation.<br><br>v.<br><br>**Defendants:** PAUL J.A. VAN HESSEN, an individual; and<br>UTE HOLDINGS, LLC, a Colorado limited liability company. | ▲ COURT USE ONLY ▲<br>_____<br><br>Case Number: 2017CV30041<br><br>Div.: 5 |
| *Attorneys for Plaintiffs*<br>Richard B. Podoll, Atty. Reg. #8775<br>Robert A. Kitsmiller, Atty. Reg. #16927<br>PODOLL & PODOLL, P.C.<br>5619 DTC Parkway, Suite 1100<br>Greenwood Village, Colorado 80111<br>Telephone: (303) 861-4000<br>Facsimile: (303) 861-4004 | |
| **NOTICE OF PENDENCY OF CHAPTER 11 BANKRUPTCY** | |

Plaintiffs, by and through their attorneys, Podoll & Podoll, P.C. hereby submit their Notice of Pendency of Chapter 11 Bankruptcy, as follows:

On or about July 6, 2017, a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code was filed by Ute Mesa Lot 2, LLC ("Debtor") in the United States

Bankruptcy Court for the District of Colorado.  The Chapter 11 bankruptcy, case no. 17-16194, is currently pending. As a result of the above-described bankruptcy filing, all litigation claims against either the Debtor or property of the Debtor's estate, including the Debtor's interest in the property which is the subject of the *instant* action, are hereby stayed.

Dated this 6th day of July, 2017.

                Respectfully submitted,

                PODOLL & PODOLL, P.C.


By:  s/Richard B. Podoll
      Richard B. Podoll
      Robert A. Kitsmiller
      *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on July 6. 2017, a true and accurate copy of the foregoing was served via ICCES on:

*Attorneys for Defendant Ute Holdings, LLC*
Kenneth E. Citron, Esq.
Lance R. Coté, Esq.
KLEIN COTÉ EDWARDS CITRON LLC
101 South Mill Street, Suite 200
Aspen, Colorado 81611

*Attorneys for Defendant Ute Holdings, LLC*
Mary A. Wells, Esq.
Adam P. O'Brien, Esq.
WELLS, ANDERSON & RACE, LLC
1700 Broadway, Suite 1020
Denver, Colorado 80290
mwells@warllc.com
aobrien@warllc.com


                s/Robert Kitsmiller