| | |
|---|---|
| DISTRICT COURT, PITKIN COUNTY, STATE OF COLORADO<br>Address: 506 E. Main Street, Suite E<br>Aspen, Colorado 81611<br>(970) 925-7635 | |
| **Plaintiffs:** UTE MESA LOT 1, LLC, a Colorado limited liability company; and LEATHEM STERN, an individual; UTE MESA LOT 2, LLC, a Colorado limited liability company; UTE MESA 1011, LLC, a Colorado limited liability company; 999 UTE AVENUE, LLC, a Colorado limited liability company; 1001 UTE AVENUE HOMEOWNERS ASSOCIATION, a Colorado corporation.<br><br>**v.**<br><br>**Defendants:** PAUL J.A. VAN HESSEN, an individual; and UTE HOLDINGS, LLC, a Colorado limited liability company. | ▲ COURT USE ONLY ▲<br>_____<br><br>Case Number: 2017CV30041<br><br>Div.: 5 |
| *Attorneys for Plaintiffs*<br>Richard B. Podoll, Atty. Reg. #8775<br>Robert A. Kitsmiller, Atty. Reg. #16927<br>PODOLL & PODOLL, P.C.<br>5619 DTC Parkway, Suite 1100<br>Greenwood Village, Colorado 80111<br>Tel: (303) 861-4000<br>Fax: (303) 861-4004<br>rich@podoll.net; bob@podoll.net<br><br>Steven M. Berman, Atty. Reg. #856290<br>SHUMAKER, LOOP & KENDRICK, LLP<br>101 E. Kennedy Blvd., Suite 2800<br>Tampa, FL 33602<br>Tel: (813) 229-7600<br>Fax: (813) 229-1660<br>sberman@slk-law.com | |
| **NOTICE OF FILING NOTICE OF REMOVAL** | |

PLEASE TAKE NOTICE that on July 10, 2017, pursuant to 28 U.S.C. § 1452(a) and Rule 9027, Federal Rules of Bankruptcy Procedure, Plaintiffs, Ute Mesa Lot 1, LLC ("Ute Lot 1"), Ute Mesa Lot 2, LLC ("Ute Lot 2"), Leathem Stearn ("Stearn"), Ute Mesa 1011, LLC ("Ute Mesa 1011"), 999 Ute Avenue, LLC ("999 Ute"), and 1011 Ute Avenue Homeowners Association ("Ute HOA") (collectively "Plaintiffs"), filed a Notice of Removal removing this action to the United States Bankruptcy Court for the District of Colorado. A copy of the Notice of Removal is attached hereto as **Exhibit A**.

DATED: July 11, 2017

        **PODOLL & PODOLL, P.C.**

        By: */s/ Robert A. Kitsmiller*
            Robert A. Kitsmiller
            Attorney Registration #16927
            5619 DTC Parkway, Suite 1100
            Greenwood Village, CO 80111
            Tel: (303) 861-4000
            Fax: (303) 861-4004
            Email: bob@podoll.net

and

**SHUMAKER, LOOP & KENDRICK, LLP**

By: */s/ Steven M. Berman*
    Steven M. Berman
    Attorney Registration # 856290
    101 E. Kennedy Blvd., Suite 2800
    Tampa, FL 33602
    Tel: (813) 229-7600
    Fax: (813) 229-1660
    Email: sberman@slk-law.com

Counsel for *Ute Mesa Lot 2, LLC*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on July 11, 2017, a true and correct copy of the foregoing was served via ICCES on:

*Attorneys for Defendant Ute Holdings, LLC*
Kenneth E. Citron, Atty. Reg. #43083
Lance R. Coté, Atty. Reg. #18194
KLEIN COTÉ EDWARDS CITRON LLC
101 South Mill Street, Suite 200
Aspen, Colorado 81611
Tel:  (970) 925-8700
Fax: (970) 925-3977
kcitron@kceclaw.com
cote@kceclaw.com

*Attorneys for Defendant Ute Holdings, LLC*
Mary A. Wells, Atty. Reg. #8522
Adam P. O'Brien, Atty. Reg. #37854
WELLS, ANDERSON & RACE, LLC
1700 Broadway, Suite 1020
Denver, Colorado 80290
Tel:  (303) 830-1212
Fax: (303) 830-0898
mwells@warllc.com
aobrien@warllc.com

                                                                          By: */s/Robert A. Kitsmiller*
                                                                              Robert A. Kitsmiller